MAX PSATY, Plaintiff, *v.* FIFTH AVENUE AND NINETY-THIRD STREET CORPORATION and Another, Defendants.

Supreme Court, New York County, June 6, 1928.

See head note in *Psaty* v. *Fifth Avenue & Ninety-third Street Corp.* (*ante*, p. 278).

MOTION by defendants for judgment dismissing the amended complaint herein pursuant to rule 112 of the Rules of Civil Practice, upon the ground that the cause of action alleged in the amended complaint herein did not accrue within two years next preceding the commencement of the action.

*Samuel Hellinger* [*E. Lloyd Meyer* of counsel], for the plaintiff.

*Gallert, Hilborn & Raphael*, for the defendants.

FRANKENTHALER, J. For the reasons indicated on the companion motion, decided herewith, this motion for judgment on the pleadings in favor of the defendants on the ground that the Statute of Limitations bars plaintiff's right to recover, must be denied. Order signed.